This is to advise that on November 30, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-175

In action

Consol. Ct.  No. 06-00182

NMB Singapore Ltd., et al.,
(Plaintiffs,)

v.

United States
(Defendant,)

and

The Timken Company
(Defendant-Intervenor.)